USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/30/26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

RIA R SQUARED, INC.,

Plaintiffs,

- against -

DW PARTNERS, LP, ET AL.,

Defendants.

**26-cv-6864 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Court has reviewed the letters exchanged by the parties requesting confirmation of the remaining briefing schedule on Defendants' Motion to Remand and Plaintiffs' Motion to Transfer. (See Dkt. Nos. 8, 11, 12, 16.)

Accordingly, the Court so-orders (i) that Defendants' reply in further support of the Motion to Remand is due November 9, 2026; and (ii) that, as the parties agreed in the letter dated September 22, 2026, (see Dkt. No. 12), Plaintiff's Motion to Transfer, (see Dkt. No. 11), is held in abeyance, and Defendants' time to respond to it is held, pending the Court's decision on the Motion to Remand, with the parties to confer on a briefing schedule within seven days of that decision if remand is denied.

**SO ORDERED.**

Dated: 30 October, 2026
New York, New York

________________________________
Victor Marrero
U.S.D.J.